IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STATE OF GEORGIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-017 |
| | ) | |
| SHARON BUSH ELLISON, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 9, 10.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Defendant's IFP Motion, Motion to Transfer Venue, and Motion for Hearing on Motion to Transfer Venue (doc. nos. 2, 12, 13), **DISMISSES** this case, and **CLOSES** this civil action. Although "removal" was never accomplished in a procedurally proper manner, in an abundance of caution, the Court also **REMANDS** the six traffic cases to the State Court of Richmond County.

SO ORDERED this 21ST day of February, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA